UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID ROBLING | CIVIL ACTION |
| VERSUS | NO. 11-2047 |
| ENTERPRISE MARINE SERVICES LLC | SECTION "N" (2) |

### ORDER OF DISMISSAL

The Court having been advised that the parties have firmly agreed upon a compromise;

**IT IS ORDERED** that all claims in this matter be and hereby are dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the jury trial, currently set for November 26, 2012, is hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED NOT TO APPEAR.**

New Orleans, Louisiana, this 16th day of November, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**